IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUMIN SLAUGHTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MELIUSSA HAINSWORTH, et al. | : | NO. 23-4748 |

**O R D E R**

AND NOW, this 16th day of July, 2024, upon consideration of the petition for writ of habeas corpus, the Notice of Dismissal, review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and in light of the disposition of the Petitioner's Post Conviction Relief Act Petition, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The petition for writ of habeas corpus is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
MIA ROBERTS PEREZ, J.